UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                         INDICTMENT
        - v. -                      :
                                         08 Cr. 79
RONNISH GUPTA and
DUNCAN CAMPBELL,

                Defendants.

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1.   From in or about June 2006 through in or about May 2007, in the Southern District of New York and elsewhere, RONNISH GUPTA and DUNCAN CAMPBELL, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1029(a)(5).

2.   It was a part and an object of the conspiracy that RONNISH GUPTA and DUNCAN CAMPBELL, the defendants, and others known and unknown, unlawfully, willfully, knowingly, and with intent to defraud, as part of an offense affecting interstate commerce, did effect transactions with access devices issued to other persons, to receive payment and other things of value during a one-year period, the aggregate value of which exceeded $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

Overt Act

3. In furtherance of the conspiracy, and to effect the unlawful object thereof, RONNISH GUPTA and DUNCAN CAMPBELL, the defendants, and others known and unknown, committed the following overt act, among others, in the Southern District of New York and elsewhere:

a) On or about May 15, 2007, RONNISH GUPTA and DUNCAN CAMPBELL traveled to Fortunoff in White Plains, New York.

(Title 18, United States Code, Section 1029(b)(2).)

COUNT TWO

The Grand Jury further charges:

4. From in or about June 2006 through in or about May 2007, in the Southern District of New York and elsewhere, RONNISH GUPTA, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, as part of an offense affecting interstate commerce, did effect transactions, with one and more access devices issued to another person and persons, to receive payment and any other thing of value during a one-year period, the aggregate value of which is equal to and greater than $1,000, to wit, RONNISH GUPTA, used credit cards in the names of other individuals without authorization of these individuals, and purchased goods with those credit cards, the value of such goods exceeding $1,000 during a one-year period.

(Title 18, United States Code, Sections 1029(a)(5).)

<u>COUNT THREE</u>

The Grand Jury further charges:

5. From in or about June 2006 through in or about May 2007, in the Southern District of New York and elsewhere, RONNISH GUPTA, the defendant, unlawfully, willfully, and knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Section 1028A(c), to wit, GUPTA possessed, used, and transferred the name and other personal identification information of another person to commit access device fraud and to participate in a conspiracy to commit access device fraud as charged in Counts One and Two of this Indictment.

(Title 18, United States Code, Sections 1028A.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney