```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against-

                                                    **NOTICE OF APPEARANCE**

RONNISH GUPTA and
DUNCAN CAMPBELL,
                                                08 CR 79
                                                (KMK)

                     Defendants.

-----------------------------------X

SIR:

    PLEASE TAKE NOTICE, that the above named Defendant, DUNCAN CAMPBELL, hereby appears in the above-entitled action, and that the undersigned appears as Attorney for said DEFENDANT. We request service of all notices and papers at the address below.

DATED: White Plains, New York
            February 6, 2008

                                                  Very truly yours,

                                                  MESSINA & ASSOCIATES, P.C.
                                                  By: Anthony John Messina (2354)
                                                  Attorney for Defendant
                                                  81 Main Street, Suite 118
                                                  White Plains, New York 10601
                                                  Tel. (914) 949-9440