UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
| | ) **08 Cr. 0079** |
| RONNISH GUPTA, et al, | ) |
| | ) |
| Defendants. | ) |

TO:    Clerk of Court
       United States District Court
       Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

        By:    /s/ Sarah R. Krissoff
               Sarah R. Krissoff
               Assistant United States Attorney
               (914) 993-1928
               Sarah.Krissoff@usdoj.gov