```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :
        - v. -                   :
DUNCAN CAMPBELL,                 :
                Defendant.       :
- - - - - - - - - - - - - - - - -x
```



SUPERSEDING INFORMATION

S1 08 Cr. 79 (KMK)

## COUNT ONE

The United States Attorney charges:

1. From in or about March 2007 through in or about May 2007, in the Southern District of New York and elsewhere, DUNCAN CAMPBELL, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1029(a)(5).

2. It was a part and an object of the conspiracy that DUNCAN CAMPBELL, the defendant, and others known and unknown, unlawfully, willfully, knowingly, and with intent to defraud, as part of an offense affecting interstate commerce, did effect transactions with access devices issued to other persons, to receive payment and other things of value during a one-year period, the aggregate value of which exceeded $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

## Overt Act

3. In furtherance of the conspiracy, and to effect the unlawful object thereof, DUNCAN CAMPBELL, the defendant, and

others known and unknown, committed the following overt act, among others, in the Southern District of New York:

    a) On or about May 15, 2007, CAMPBELL and a co-conspirator not named herein traveled to Fortunoff in White Plains, New York.

    (Title 18, United States Code, Section 1029(b)(2).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney