**MESSINA & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
81 MAIN STREET – SUITE 118
WHITE PLAINS, NEW YORK 10601
Tel. (914) 949-9440
Facsimile: (914) 949-9470

KATONAH:
Tel. (914) 232-1230

ANTHONY JOHN MESSINA

WILLIAM C. LaROSE**

PATRICIA A. CALANDRINO
Firm Office Manager

*Admitted in Connecticut

# MEMO ENDORSED

-FACSIMILE-

DATE: July 1, 2008

TO: Honorable Kenneth M. Karas
FACSIMILE NO: 390-4152
FROM: Anthony John Messina, Esq.
RE: United States of America v. Duncan Campbell
No. of Pages, Including Cover Sheet (2)

08CR 79         **MESSAGE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:
```

Dear Judge Karas:

The above referenced matter is scheduled for Sentencing on July 16, 2008.

When Mr. Campbell took his plea before Your Honor, I advised the Court that Mr. Campbell additionally faced issues with his immigration status. I also advised the Court that it was our intention to be in a position to report to the Court at Sentencing, and thus as part of my Pre-Sentencing Memorandum, the steps he has taken to resolve those problems, the issues, if any, remaining and his likely status in the future.

I would respectfully request that sentencing be adjourned for a minimum period of two weeks in order for me to fully address these issues in my Pre-Sentence Memorandum. As of this date, I will not be able to do so. Mr. Campbell has advised me that his Immigration attorney should be able to address my questions within the next week.

THE INFORMATION HEREIN IS TRANSMITTED TO THE ADDRESSEE ONLY UNDER THE ATTORNEY-CLIENT PRIVILEGE AND MAY NOT BE DISCLOSED TO ANY OTHER PARTY. TRANSMISSION OF THE FACSIMILE IS NOT A CONSENT TO SERVICE BY FACSIMILE.

I have advise AUSA Krissoff of my dilemma and she advised me she would consent to such an adjournment.

There have been no requests for adjournment of Sentencing in this matter. Therefore, I would respectfully request that in order to provide the Court with a complete Pre-Sentence Memorandum, the Court grant an adjournment of Sentencing for at least two weeks.

For scheduling purposes, I will be away from the office on August 22, 26 -28.

Thank you, Your Honor, for your consideration.

Respectfully submitted,

Messina & Associates PC
By: Anthony John Messina

cc: AUSA Sarah Krissoff
993-9036

*Sentence is adjourned until September 26, 2008, at 10:30*

KENNETH M. KARAS U.S.D.J.
7/2/08

THE INFORMATION HEREIN IS TRANSMITTED TO THE ADDRESSEE ONLY UNDER THE ATTORNEY-CLIENT PRIVILEGE AND MAY NOT BE DISCLOSED TO ANY OTHER PARTY. TRANSMISSION OF THE FACSIMILE IS NOT A CONSENT TO SERVICE BY FACSIMILE.